

RECEIVED
7-10-2008
JUL 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARTIN EDWARD LEWIS,<br>    Plaintiff,<br>    v.<br>MARCUS EMERSON LEWIS,<br>CARMEN RENE WICKLIFFE LEWIS,<br>OBI, INC.,<br>RALSTON MURDEN, JR.,<br>    Defendants. | 08CV3933<br>JUDGE DER-YEGHIYAN<br>MAG. JUDGE BROWN<br><br>JURY DEMANDED |

### NOTICE OF FILING

TO:    Thomas Smith  
Attorney for Defendant  
(312) 855-4477  
Atty. No. 30806  

LAW OFFICES OF NELSON DAVID BLOCHER  
70 West Madison Street, Suite 2100  
Chicago, Illinois 60602  

Starr & Rowells  
Attorney for Defendant  
35 E. Wacker Dr., Suite 1870  
Chicago, Illinois 60601  
(312) 346-9420  

John Salgado  
OBI, Inc.  
9449 S. Kedzie, Suite 307  
Evergreen Park, Illinois  
(312) 551-8271  

On July 10, 2008, I filed this **Complaint Seeking Compensatory and Punitive Damages and Preliminary and Mandatory Injunctive Relief Against Defendants and Motion for Appointment of Counsel as well as Motion to Proceed In Forma Pauperis**, a copy of which is attached hereto and hereby served on you.

Martin Edward Lewis  
7821 South Rhodes Avenue  
Chicago, Illinois 60619-3013  

### PROOF OF SERVICE

I, Martin Edward Lewis, pro se, certify that I served a copy of the above documents on petitioner's attorney by:

Sending through U.S. first class mail delivery to <u>70 West Madison Street, Suite 2100, Chicago, Illinois 60602</u>, 35 E. Wacker Dr., Suite 1870, Chicago, Illinois 60601, 9449 S. Kedzie, Suite 307, Evergreen Park, Illinois, prior to 5:00 p.m. on July 10, 2008.

*Martin Edward Lewis*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARTIN EDWARD LEWIS,<br>　　Plaintiff,<br>　　v.<br>MARCUS EMERSON LEWIS,<br>CARMEN RENE WICKLIFFE LEWIS,<br>OBI, INC.,<br>RALSTON MURDEN, JR.,<br>　　Defendants. | No.<br><br>JURY DEMANDED |

## COMPLAINT

NOW COMES MARTIN EDWARD LEWIS, Heir of the Estate of ANNA A. LEWIS, Deceased, pro se, files this Complaint for Equity Skimming pursuant to 12 U.S.C. § 1709-2 (2000), and Mortgage Fraud seeking compensatory damages of $300,000.00 and punitive damages of $25,000,000.00 and immediate and emergency preliminary and mandatory injunctive relief against each and all of the named Defendants for fraudulent conveyance of said real property, REAL ESTATE commonly known as 7821 South Rhodes Avenue, Chicago, Illinois 60619 and legally described as:

LOT 40 IN BLOCK 1 OF COLES' SUBDIVISION OF THE SOUTHEAST ¼ OF THE SOUTHWEST ¼ OF THE SOUTHEAST ¼ OF SECTION 27, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THIRD PRINCIPAL MERIDIAN IN COOK COUNTY, IL. PIN: 20-27-427-008.

1. Plaintiff brings this complaint against Defendants based on the following facts. Defendant Marcus Emerson Lewis, at the urging of his wife, Defendant Carmen Rene Wickliffe Lewis allegedly sold this said property on March 11, 2008 to Defendant OBI, Inc. for $103,000.00 which turned around and re-sold the

property for $280,000.00 to Defendant Ralston Murden, Jr., on the same day as recorded in the Cook County Recorder of Deed's Office on May 27, 2008. Plaintiff never gave Defendant Marcus Emerson Lewis, permission for a sale, nor did he give his signature to a waiver or affidavit for a sale or the Defendant's appointment as supervised administrator or executor of Decedent's Estate. This activity was nothing more than an illegal scheme to buy this house at a bargain price. Based on the fact that debts related to the property including but not limited to property taxes, utilities, insurance, special assessment for alley improvements, upkeep and repairs to the home related to the petitioner's share, agreed between both parties as heirs being 50%, were left unpaid. Defendant Marcus Emerson Lewis with his wife, Defendant Carmen Rene Wickliffe Lewis, and three children lived at the property from May, 1987 to June, 1988 and again from May, 1993 until April 4, 2003, leaving huge living expenses in the name of Anna A. Lewis, in excess of $11,000 unpaid for the Plaintiff to pay. Plaintiff has paid in full all expenses once placed in his name. Defendant Marcus Emerson Lewis with his wife, Defendant Carmen Rene Wickliffe Lewis have put not a penny into the residence since Decedent's death.

2. Plaintiff cannot afford nor has the income to purchase a mortgage on a new home at this time.

3. Plaintiff would have not other place to live, which is what the current residence provides.

4. Plaintiff moves for a protective order for all documents related to the proposed contract for sale of said real estate and a discovery order for Plaintiff to peruse all such documentation.

5. Defendant Marcus Emerson Lewis with his wife, Defendant Carmen Rene Wickliffe Lewis have put nothing into the residence—not a penny—toward any living expenses they incurred while living there or upkeep of the home.

6. The Estate was never properly or formally probated with full briefing to the benefit and in the name of both Heirs.

7. The petition to accept offer to purchase real estate, filed in the Circuit Court of Cook County, Illinois, County Department, Probate Division (No. 07 P 4739), is nothing more than a thinly-veiled attempt to have Respondent to pay all expenses without defendant paying anything and away for defendant through a sale to get equity out of the house where a home-equity loan was declined by the Respondent, and in so doing in the form of a disguised ex-parte proceeding.

8. The Probate Court only allowed for a one-minute hearing on this matter on December 6, 2007, entering a final and appealable order.

9. The Defendant Marcus Emerson Lewis with his wife, Defendant Carmen Rene Wickliffe Lewis have not participated in the property since Decedent's death, in the upkeep, improvements, or augmentation of the equity of the home.

10. Plaintiff moves this court for an immediate cease and desist order, a temporary restraining order to halt all efforts of the Defendant Marcus Emerson Lewis with his wife, Defendant Carmen Rene Wickliffe Lewis to move for a sale of the property and Defendant Ralston Murden, Jr. seeking eviction of Plaintiff from the

property (from an action in the Circuit Court of Cook County, Municipal Department, First District, No. 20081710234) until full briefing, oral arguments and final order and mandate have been entered and issued by the Appellate Court State of Illinois, First District, No. 07-3416.

11. Plaintiff moves for a preliminary and mandatory injunction against the sale of the property and against Defendant Ralston Murden Jr. seeking possession of the property and eviction of the Plaintiff from the premise by the Cook County Sheriff's Office until all issues of the case have been adjudicated. Plaintiff is also pursuing a Quiet Title Action in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, No. 08CH24134.

12. That Defendants be ordered to pay his own attorney's fees and court costs.

13. That this court of chancery appoints counsel for the Plaintiff. Perhaps counsel would be able to amend this complaint to add his own theories to this claim.

14. Finally, Plaintiff moves to proceed in forma pauperis.

THEREFORE, the Plaintiff prays that an Order be entered for Equity Skimming pursuant to 12 U.S.C. § 1709-2 (2000), and Mortgage Fraud, seeking compensatory damages of $300,000.00 and punitive damages of $25,000,000.00 and for immediate and emergency preliminary and mandatory injunctive relief against each and all of the named Defendants for fraudulent conveyance of said real property, REAL ESTATE commonly known as 7821 South Rhodes Avenue, Chicago, Illinois 60619 as well as Motion for Appointment of Counsel, and Motion to Proceed In Forma Pauperis, and all, any, other, or further relief this court deems proper and necessary.

MARTIN EDWARD LEWIS,
Pro Se

By: *Martin Edward Lewis*

Martin Edward Lewis
7821 South Rhodes Avenue
Chicago, Illinois 60619-3013