M HN

08CV3933
JUDGE DER-YEGHIYAN
MAG. JUDGE BROWN

**DISTRI**_____**ANTS**_____**T OF ILLINOIS**

FILED
7-10-2008
JUL 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: __MARTIN EDWARD LEWIS__
(Please print)

STREET ADDRESS: __7821 SOUTH RHODES AVENUE__

CITY/STATE/ZIP: __CHICAGO, ILLINOIS 60619__

PHONE NUMBER: __773-783-9901__

CASE NUMBER: _____

__Martin Edward Lewis__        __July 10, 2008__
Signature                              Date