# United States District Court

## Northern District of Illinois

### Eastern Division

Martin Edward Lewis                      **JUDGMENT IN A CIVIL CASE**

       v.                                         Case Number: 08 C 3933

Marcus Emerson Lewis, et al.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons stated in the Court's order dated 08/06/08, Plaintiff's motion for leave to proceed in forma pauperis [4] is denied on the merits and the instant action is hereby dismissed.

                                                         Michael W. Dobbins, Clerk of Court

Date: 8/6/2008                          __Michael Wing_____
                                        /s/ Michael A. Wing, Deputy Clerk